**No. P66/258.**—National Silver Co. *v.* United States, protest 63/137 (San Francisco).

RAO, C.J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of knives similar

in all material respects to those the subject of *National Carloading Corp.* v. *United States* (54 Cust. Ct. 178, C.D. 2529), the claim of the plaintiff was sustained.